NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5116

CALIFORNIA HUMAN DEVELOPMENT CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 05-CV-1029, Judge Mary Ellen Coster Williams.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

The appellant moves without opposition for a 32-day extension of time, until December 7, 2009, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

NOV 1 7 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Craig Alan Koenigs, Esq.
Robert C. Bigler, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 17 2009

JAN HORBALY
CLERK